IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

Case No. 7:20-CR-00115-M

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TIMOTHY WILLIAM BAVARO,

    Defendant.

ORDER

This matter comes before the court on a letter filed by Defendant and construed liberally as a pro se motion to withdraw plea [DE 34]. The motion reflects Defendant's *fifth* request for withdrawal of his plea in this case, two of which have been fully heard by the Honorable Terrence W. Boyle and the undersigned. *See* DE 50, 72, 84, 94, 103, 118.

The court is under no obligation to consider documents filed pro se by a represented party. *See United States v. Hammond*, 821 F. App'x 203, 207 (4th Cir. 2020) (citing *McKaskle v. Wiggins*, 465 U.S. 168, 183 (1984) and *United States v. Carranza*, 645 F. App'x 297, 300 (4th Cir. 2016)). However, even if the motion were filed properly, Defendant provides no new relevant information and the court continues to find no basis for withdrawal of Defendant's plea in this case. Accordingly, the motion is DENIED.

SO ORDERED this 14th day of February, 2023.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE